Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

U.S. DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

# UNITED STATES DISTRICT COURT
for the
Southern District of Georgia
Augusta Division

MAY - 1 2025
FILED

Case No. **CV125- 103**
(to be filled in by the Clerk's Office)

**Korease Collins**
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Jury Trial: (check one) [✓] Yes [ ] No

-v-

**CSRA Economic Opportunity, Inc.**
Defendant(s)
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

I. The Parties to This Complaint

   A. The Plaintiff(s)

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Korease Collins
   Street Address: 500 East 6th Street Apt. 89
   City and County: Waynesboro Burke County
   State and Zip Code: Georgia 30830
   Telephone Number: 706-399-3510
   E-mail Address: koreasecollins@gmail.com

   B. The Defendant(s)

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

Defendant No. 1
- Name: CSRA Economic Opportunity, Inc.
- Job or Title (if known): Head Start
- Street Address: 1261 Greene St.
- City and County: Augusta Richmond
- State and Zip Code: Georgia 30901
- Telephone Number: 706-722-0493
- E-mail Address (if known): bking@csraeoa.org

Defendant No. 2
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 3
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 4
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

### C. Place of Employment

The address at which I sought employment or was employed by the defendant(s) is

| | |
|---|---|
| Name | CSRA Economic Opportunity Inc. |
| Street Address | 1261 Greene Street |
| City and County | Augusta  Richmond |
| State and Zip Code | Georgia  30901 |
| Telephone Number | 706-722-0493 |

## II. Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

[✓] Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

[ ] Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

[ ] Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

[ ] Other federal law *(specify the federal law)*:

[ ] Relevant state law *(specify, if known)*:

[ ] Relevant city or county law *(specify, if known)*:

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

- ☐ Failure to hire me.
- ☑ Termination of my employment.
- ☐ Failure to promote me.
- ☐ Failure to accommodate my disability.
- ☑ Unequal terms and conditions of my employment.
- ☑ Retaliation.
- ☐ Other acts *(specify)*: _____

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B. It is my best recollection that the alleged discriminatory acts occurred on date(s) (03/17/2023 - 08/08/2023) 10/8/21; 08/08/22; 10/17/22; 10/18/22; 10/24/22; 11/09/22; 02/09/23; 03/17/2023-08/08/2023)

C. I believe that defendant(s) *(check one)*:

- ☐ is/are still committing these acts against me.
- ☐ is/are not still committing these acts against me.

D. Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

- ☐ race _____
- ☐ color _____
- ☐ gender/sex _____
- ☐ religion _____
- ☑ national origin _____
- ☐ age *(year of birth)* _____ *(only when asserting a claim of age discrimination.)*
- ☐ disability or perceived disability *(specify disability)*
  _____

E. The facts of my case are as follows. Attach additional pages if needed.

I Korease Collins have provided a complaint that will be an attachment. I worked for the defendant CSRA, Economic opportunity, Inc. from October 3, 2016 - May 15, 2023. Beginning on or about October 9, 2021, I experienced discrimination and unfair treatment due to my caribbean background and non-local origin. Despite receiving recognition and awards for excellence in teaching, I was burdened with lead teacher duties without appropriate title or compensation. The center director, who was a relative of several staff, practiced favoritism and nepotism, resulting in unfair workload and scrutiny toward Plaintiff. I reported a pay deduction incident and was retaliated against with suspension, write-ups, and harassment. On or around March 17, 2023, Plaintiff was falsely accused and disciplined for an incident during a fire drill, although another staff member was responsible. Plaintiff filed a complaint with the EEOC after enduring continued retaliation, discrimination, and emotional distress.

(Please see an attached copy of my complaint and a copy of my charge.

(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)

IV. **Exhaustion of Federal Administrative Remedies**

A. It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

First inquiry was 06-25-2023 but due to it not being signed I resent 08/11/2023 (charge)

B. The Equal Employment Opportunity Commission *(check one)*:

☐ has not issued a Notice of Right to Sue letter.

☒ issued a Notice of Right to Sue letter, which I received on *(date)* 02/14/2025

(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)

C. Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐ 60 days or more have elapsed.
☐ less than 60 days have elapsed.

V. **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

I Korease Collins, plaintiff in this complaint, ask to order and award back pay and front pay damages, including loss of wages, benefits, retirement contributions, and scholarship eligibility payment. I ask to be awarded compensatory damages for emotional distress, job burnout, credit default, and life disruption, in the amount of $100,000.00. I ask to be awarded punitive damages for reckless and willful retaliation and discrimination for violation of Title VII = $100,000.00. Emotional Distress Damages for anxiety, depression, humiliation, hardship, and the impact on the Plaintiff's family = $50,000.00. Reinstatement or in the alternative, front pay for lost future earnings. Compensatory Damages for financial losses estimated at $22,271.20 which covers unpaid sick leave $5,224.40. Reimbursement for instructional materials purchased from Amazon $1,200.00. Lost Decal Scholar incentives $2,500.00. Missed retirement contributions and employer 401(K) match = Estimated $1,000.00. Credit Card penalties, fees, and credit damage due to financial hardship = Estimated $3,000.00. Out of pocket use of 401(K) funds to survive = $7,846.80. Life insurance policy loss and costs from alternate transportation = Estimated $1,500.00. Attorney's fees and cost if applicable, and any other relief the Court deems just and proper. All totals $172,271.20

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 05/01/25

Signature of Plaintiff: Korease Collins
Printed Name of Plaintiff: Korease Collins

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Street Address: _____
State and Zip Code: _____
Telephone Number: _____
E-mail Address: _____

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## CHARGE OF DISCRIMINATION

EEOC ATDO
RECEIVED 2023-8-11

EEOC Form 5A (August 2023)

For Official Use Only – Charge Number:
410-2023-10735

**Personal Information**

First Name: Korease  MI: T  Last Name: Collins
Address: 500 E. 6th St.  Apt.: 89
City: Waynesboro  County: Burke  State: GA  Zip Code: 30830
Phone: 706-399-3510  Home ☐  Work ☐  Cell ☑  Email: koreasecollins@gmail.com

**Who do you think discriminated against you?**

Employer ☑  Union ☐  Employment Agency ☐  Other Organization ☐
Organization Name: CSRA EOA, INC.
Address: 1261 Greene St.  Suite: ___
City: Augusta  State: GA  Zip Code: 30901  Phone: 706-722-0493

**Why you think you were discriminated against?**

Race ☐  Color ☐  Religion ☐  Sex ☐  National Origin ☑  Age ☐  Pregnancy ☐
Disability ☐  Genetic Information ☐  Retaliation ☐  Other ☐ (specify)

**What happened to you that you think was discriminatory?**

Date of most recent job action you think was discriminatory: _____
Also describe briefly each job action you think was discriminatory and when it happened (estimate).

On July 17, 2023 I receive a letter from Human Resource of CSRA EOA Inc. letting me know I was terminated. This decision was necessary due to my violation of Policy and Procedure. It set the policy council met and approved the recommendation to terminate. I never had a hearing or met with the council regarding this. I was fired because of descrimination of national origin. The center I worked at was all relatives and they discriminated against me. I was treated unfairly.

**Signature and Verification**

I understand this charge will be filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address, phone, or email. I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I understand by signing below that I am filing a charge of employment discrimination with the EEOC. I understand that the EEOC is required by law to give a copy of the charge, which includes my allegations and my name, to the organization named above. I also understand that the EEOC can only investigate charges of job discrimination based on race, color, religion, sex, national origin, age, disability, genetic information, or based on retaliation for filing a charge of job discrimination, participating in an investigation of a job discrimination complaint, or opposing job discrimination.

I declare under penalty of perjury that the above is true and correct.
Signature: Korease Collins  Date: 08/11/23



# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

Atlanta District Office
100 Alabama Street, SW, Suite 4R30
Atlanta, GA 30303
1-800-669-4000
Website: www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 02/14/2025

**To:** Mrs. Korease Collins
500 E. 6th St. Apt. 89
WAYNESBORO, GA 30830
Charge No: 410-2023-10735

EEOC Representative and email:    SHERESA JOHNSON
Federal Investigator
Sheresa.Johnson@eeoc.gov

## DETERMINATION OF CHARGE

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

## NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign in to the EEOC Public Portal and upload the court complaint to charge 410-2023-10735.

On behalf of the Commission,

Digitally Signed By: Darrell E. Graham
02/14/2025

Darrell E. Graham
District Director

Cc:
Heather Moore
1261 GREENE ST
Augusta, GA 30901

Please retain this notice for your records.

# EEOC (Inquiry) Number: 410-2023-10735

## Inquiry Information

### INQUIRY OFFICE

**Receiving:** Atlanta District Office

**Accountable:** Atlanta District Office

### POTENTIAL CHARGING PARTY

**Name:** Mrs. Korease Collins

**Address:** 500 E. 6th St. Apt. 89
WAYNESBORO, GA 30830

**Year of Birth:**

**Email Address:** koreasecollins@gmail.com

**Phone Number:** 706-399-3510

### POTENTIAL CHARGING PARTY'S DEMOGRAPHICS

**Gender:** F

**Disabled?** I do not have a disability

**Are you Hispanic or Latino?** not hispanic or latino

**Ethnicity:** Black or African American,

**National Origin:** Other Caribbean

### RESPONDENT/Employer

**Organization Name:** CSRA EOA, INC.

**Type of Employer:** Business or non-profit organization that I applied to, work for, or worked for

**Number of Employees:** Between 15 and 19 employees

**Address:** 1261 Greene St.
AUGUSTA, GA 30901

**County:**

**Phone Number:**

### LOCATION OF POTENTIAL CHARGING PARTY'S EMPLOYMENT

**Address:**

## RESPONDENT CONTACT

**Name:** CSRA EOA, INC.

**Email Address:** bking@csraeoa.org

**Phone Number:**

**Title:**

## REASON(S) FOR CLAIM

**Date of Incident (Approximate):** 03/17/2023

**Reason for Complaint:** National origin and/or ethnicity, Retaliation - I complained to my employer about job discrimination

**Pay Disparity:**

**Location of Incident:** Georgia

**Submission (initial inquiry) Date** 08/11/2023

**Claim previously filed as charge with EEOC?** Yes

**Approximate Date of Filing:** 08/11/2023

**Charge Number:** 410-2023-10735

**Claim previously filed as complaint with another Agency?** No

**Agency Name:**

**Approximate Date of Filing:**

**Nature of Complaint:**

## Adverse Action(s)

On Thursday May 16, I was told by the center director that I would have to take responsibility as the lead teacher for an incident where the third teacher had left a child in the restroom during a fire drill. The third teacher was the sister-in law of the center director cousin was also an employee. I was told to go home on that Thursday by the Center Director to let the situation cool down but that i would have to return to work on Friday then will have to be suspended on Monday with no pay. When I showed up on Friday, the center director gave me the written suspension notice which stated that "I was being suspended because Ms. Reese (the third teacher) told me that a child was left in the bathroom and that she wanted to go and get the child but I told her "No." The center director lied. On June 23, during the summer school break I received a letter in the mail from my employer that they were recommending my immediate firing due to unsatisfactory job performance.

## APPOINTMENT

**Appointment Date and time:**

**Interview Type:**

## APPROXIMATE DEADLINE FOR FILING A CHARGE: 09/13/2023