AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## *Southern District of Georgia*

KOREASE COLLINS,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 1:25-cv-00103

CSRA ECONOMIC OPPORTUNITY
AUTHORITY, INC.,

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

that, in accordance with the Order signed March 11, 2026, Plaintiff's Motion for Entry of Default is

denied as moot and Defendant's Motion to Dismiss is granted.  This case stands closed.



3/11/2026

*Date*

John E. Triplett, Clerk of Court

*Clerk*

*(By) Ann Duke, Deputy Clerk*

GAS Rev 10/2020